```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felix Castro, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Sportie LA, LLC,

                Defendant.

1:23-cv-07863 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been referred to me for general pretrial management. (Referral Order, ECF No. 6.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Wednesday, January 10, 2024 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
             December 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge