```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Felix Castro, on behalf of himself and all others similarly situated,**

                      **Plaintiff,**

      -against-

**Sportie LA, LLC,**

                      **Defendant.**

1:23-cv-07863 (JMF) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference today, for which only Plaintiff's counsel appeared, it is hereby Ordered that Plaintiff shall seek a Clerk's Certificate of Default no later than January 31, 2024, unless Defendant appears prior to that date.

**SO ORDERED.**

Dated:    New York, New York
           January 10, 2024

                                           */s/ Stewart D. Aaron*
                                           _____
                                           STEWART D. AARON
                                           United States Magistrate Judge