USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Felix Castro, on behalf of himself and all others similarly situated,** | |
| Plaintiff, | 1:23-cv-07863 (JMF) (SDA) |
| -against- | **ORDER** |
| **Sportie LA, LLC,** | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's January 10, 2024 Order (ECF No. 9), Plaintiff was to seek a Clerk's Certificate of Default by January 31, 2024, unless Defendant appeared prior to that date. As of the date of this Order, Defendant has not appeared and, despite an email reminder from the Court, Plaintiff has not sought a Clerk's Certificate of Default. Plaintiff shall do so no later than February 9, 2024. Continued failure to comply with the Court's Orders may result in the imposition of sanctions.

**SO ORDERED.**

Dated:   New York, New York
         February 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge