USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felix Castro, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

Sportie LA, LLC,

        Defendant.

1:23-cv-07863 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference on February 20, 2024, for which only Plaintiff appeared, it is hereby Ordered as follows:

1. No later than Tuesday, February 27, 2024, Plaintiff shall file a corrected proposed Clerk's Certificate of Default.

2. Within 21 days of the entry of a Clerk's Certificate of Default, Plaintiff shall file his anticipated motion for default judgment in accordance with Section 4(J) of District Judge Furman's Individual Rules and Practices in Civil Practices.

**SO ORDERED.**

Dated:    New York, New York
           February 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge